UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TAMEIKA GOODE,
               Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,
LLC and TD BANK USA, NATIONAL
ASSOCIATION,
               Defendants.
------------------------------------------------------------x

**ORDER**

20 CV 397 (VB)

2/10/20

       On January 15, 2020, defendant Equifax Information Services, LLC removed this action from Supreme Court, Orange County. (Doc. #1).

       By Orders dated January 17, 2020, the Court instructed Carl Rausa, plaintiff's counsel, to file a notice of appearance in this action. (Docs. ##7, 9). On January 21, 2020, defense counsel served the January 17 Orders on Mr. Rausa. (Docs. ##10, 11).

       Mr. Rausa has failed to file a notice of appearance. The Court reminds counsel that its orders are not mere suggestions.

       Accordingly, the Court sua sponte extends to February 17, 2020, Mr. Rausa's time to file a notice of appearance in this action, or notify the Court in writing whether plaintiff is proceeding pro se.

Dated: February 10, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge